UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CARLOS MENDEZ,<br>　　　　Plaintiff, | No. C 12-4170 EMC |
| v. | **ORDER RE: ATTENDANCE AT ENE** |
| TERESA BECHER, et al.,<br>　　　　Defendants.　　　　　　／ | Date:　　　June 17, 2013<br>Evaluator:　Robert Fries |

IT IS HEREBY ORDERED that the request to excuse a representative of the California Highway Patrol from appearing in person at the June 17, 2013, ENE session before Robert Fries is GRANTED. The California Highway Patrol is not a party to this action; only the individual officers are named as defendants, and they will attend in person. The representative of the California Highway Patrol may participate by telephone.

IT IS SO ORDERED.

June 11, 2013　　　　　　　　By: _____
Dated　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge