UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CARLOS MENDEZ,

        Plaintiff(s),

    v.

CHIEF TERESA BECHER, ET AL.,

        Defendant(s).

_____/

No. C 12-04170 WHO (LB)

**ORDER**

The parties should advise the court by 2:00 p.m. if they are going to ask the district court to vacate the settlement conference and must file their request with the district court simultaneously. *See* ECF Nos. 48, 49. The undersigned will not vacate a settlement conference referred by the district court but will consider a brief continuance to accommodate the schedules of counsel and the clients. Absent a further order of the court, Defendant's settlement conference statement is due by 10:00 a.m. on Wednesday, January 15, 2014 at 10:00 a.m., must respond to Plaintiff's demand, and may be emailed to the court's orders box at lbpo@cand.uscourts.gov. The court denies the motions to excuse the personal appearance of the parties for the reasons stated in the telephonic settlement conference.

**IT IS SO ORDERED.**

Dated: January 14, 2014

_____
LAUREL BEELER
United States Magistrate Judge

ORDER

C 12-04170 WHO (LB)