UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS MENDEZ,

    Plaintiff,

    v.

OFFICER MONTOUR,

    Defendant.

Case No. 12-cv-04170-WHO

**ORDER RE HEARING ON MOTION TO WITHDRAW**

Re: Dkt. No. 64

    Plaintiff's counsel's motion to withdraw will be heard on Wednesday May 28, 2014, at 2:00 pm in Courtroom 2 on the 17th Floor, 450 Golden Gate Avenue, San Francisco, California. Mr. Mendez shall appear in person at that hearing. Plaintiff's counsel shall serve this Order on Mr. Mendez and advise Mr. Mendez of the need to appear at the May 28, 2014 hearing.

    **IT IS SO ORDERED**.

Dated: April 24, 2014



WILLIAM H. ORRICK  
United States District Judge