UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS MENDEZ,

    Plaintiff,

    v.

CHP OFFICER MONTOUR,

    Defendant.

Case No. 12-cv-04170-WHO

**ORDER RESETTING HEARING DATE ON MOTION TO WITHDRAW**

The hearing date on plaintiff's counsel's motion to withdraw is reset to **Wednesday May 21, 2014 at 9:00 a.m.** in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California. **Mr. Mendez shall appear in person at that hearing**. Plaintiff's counsel shall serve this Order on Mr. Mendez and advise Mr. Mendez of the need to appear at the May 21, 2014 hearing.

Until further order of the Court, counsel do not need to meet and confer regarding pretrial materials or exchange those materials as specified in the Court's Civil Pretrial Order. Docket No. 40 at 1-2. In all other respects, the requirements of the Civil Pretrial Order, and the dates set for the Pretrial Conference and the trial, remain in effect.

**IT IS SO ORDERED**.

Dated: May 14, 2014

_____
WILLIAM H. ORRICK
United States District Judge