JOHN L. BURRIS, Esq., SBN 69888
DeWITT LACY, Esq., SBN 258789
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Center
7677 Oakport St., Suite 1120
Telephone:     (510) 839-5200
Facsimile:      (510) 839-3882
john.burris@johnburrislaw.com
dewitt.lacy@johnburrislaw.com

Attorneys for Plaintiff
CARLOS MENDEZ

KAMALA D. HARRIS
Attorney General of California
JOHN P. DEVINE
Supervising Deputy Attorney General
MICAH C. E. OSGOOD (SBN 255239)
HARRY T. GOWER, III (SBN 170784)
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5500
  Fax:  (415) 703-5480
  E-mail:  Mike.Osgood@doj.ca.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MENDEZ,<br><br>            Plaintiff,<br><br>v.<br><br>CHP OFFICER JARED MONTOUR et al.,<br><br>            Defendants. | Case No.: 12-cv-4170 WHO<br><br>**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(2) AND (PROPOSED) ORDER THEREON**<br><br>The Honorable Judge William H. Orrick |

Stipulation of Dismissal
Case No. 12-cv-4170 WHO

- 1 -

1    IT IS HEREBY STIPULATED by and between the parties to this action, through their
2 designated counsel, that the Defendants CHP Officer Jared Montour be and hereby is
3 DISMISSED WITH PREJUDICE pursuant to FRCP 41(a)(2).  Each party agrees to bear his own
4 costs and attorneys' fees.  Counsel for Plaintiff represents he has authority from Plaintiff to enter
5 into this Stipulation.

6

7

8 Dated:  May 20, 2014                          THE LAW OFFICES OF JOHN L. BURRIS

9

10                                                                 __/s/_ DeWitt M. Lacy_____
                                                                         DeWitt M. Lacy
11                                                                 Attorneys for Plaintiff

12

13 Dated:  May 20, 2014

14

15                                                                 __/s/_ Harry T. Gower_____
                                                                         Harry T. Gower
16                                                                 Attorneys for Defendant

17

18

19

20

21

22

23

24

25

Stipulation of Dismissal
Case No. 12-cv-4170 WHO

**ORDER**

Based upon the foregoing Stipulation for Dismissal pursuant to F.R.C.P. 41(a)(2), and good cause appearing, **IT IS SO ORDERED** that Defendant CHP Officer Jared Montour be hereby dismissed with prejudice, with each party to bear his own costs and attorneys' fees.

Dated: May 20, 2014

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE